IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21-CR-254 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| GABRIEL BELTRAN-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [52]. The court held a telephone conference with counsel on June 1, 2023. After consultation with counsel, the undersigned magistrate judge finds good cause for the requested continuance in order to allow the defendant sufficient time to conclude plea negotiations. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [52] is granted, as follows:

1. The jury trial now set for June 5, 2023, is continued to **July 17, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 17, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted.**

DATED: June 2, 2023.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**